UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE: |
|
Herbert Cassell | Case No. 11-19637
|
Debtor |

NOTICE OF CHANGE OF ADDRESS

This is to notify the Court that the debtors present address is:

<u>P O Box 2213</u>
Street Address

<u>  Westminster           </u>    <u>    MD      </u>    <u>  21158  </u>
City                                State          Zip Code

Date: July 12, 2013

Note: This information is being provided to the Court by the Trustee based on recent correspondence received from the debtor(s).

By:   **/s/ Nancy Spencer Grigsby**
       Nancy Spencer Grigsby, Trustee